UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WINDY A. GAYFIELD** | **CASE NO. 3:22-CV-00375** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written objections [Doc. No. 15] filed by Plaintiff Windy A. Gayfield, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 28th day of February, 2023.

_____
Terry A. Doughty
United States District Judge